

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00766-CV

**IN RE** Lynn M. **KOLB**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  January 24, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus on November 20, 2017, and the real party in interest filed a response on January 8, 2018. Having considered the petition and the response, this court is of the opinion the relator is not entitled to the relief sought. *See* TEX. FAM. CODE ANN. § 154.302(a) (West 2014) (authorizing court to order "support of a child for an indefinite period" if the court finds the child "requires substantial care and personal supervision because of a mental or physical disability and will not be capable of self-support" and the disability exists "before the 18th birthday of the child"); § 154.301(2) (defining child to mean "a son or daughter of any age"); § 154.309 (authorizing court to "render an order for possession of or access to an adult disabled child" and noting "[a] court that obtains continuing, exclusive jurisdiction of a suit affecting the

---

[1] This proceeding arises out of Cause No. 2017CI17273, styled *In the Interest of C.S.K.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.

parent-child relationship involving a disabled person who is a child retains continuing, exclusive jurisdiction of subsequent proceedings involving the person, including proceedings after the person is an adult").  Accordingly, the petition is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM